# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                           CASE NO.   23-20020-DDC-TJJ

**CHRISTOPHER VIRGIL,**

        Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**FELON IN POSSESSION OF A FIREARM**
**[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]**

On or about February 10, 2021, in the District of Kansas, the defendant,

**CHRISTOPHER VIRGIL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: in 2014, of Felon in Possession of a Firearm in the United States District Court for the District of Kansas, Case No. 14-cr-20092; knowingly possessed a firearm, to wit: a Taurus International Curve with serial number 1D127626,

in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

# COUNT 2

### FELON IN POSSESSION OF AMMUNITION
### [18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

On or about February 21, 2021, in the District of Kansas, the defendant,

**CHRISTOPHER VIRGIL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: in 2014, of Felon in Possession of a Firearm in the United States District Court for the District of Kansas Case No. 14-cr-20092; he knowingly possessed 9mm ammunition, in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

1.  The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of one or more of the offenses set forth in Counts 1 and 2 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c),

any firearms or ammunition involved in the commission of the offense, including, but not limited to:

      A.    a Taurus International Curve with serial number 1D127626; and
      B.    Ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

May 3, 2023                      s/Foreperson
DATE                            FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Michelle McFarlane
MICHELLE MCFARLANE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Michelle.McFarlane@usdoj.gov
Ks. S. Ct. No. 26824

---

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

---

## PENALTIES

### Counts 1 and 2 [18 U.S.C. 922(g)(1)]

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.